IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARY SEALS**  PLAINTIFF

VS.  CASE NO. 3:14CV00302 PSH

**CAROLYN W. COLVIN, Acting Commissioner,**
   **Social Security Administration**  DEFENDANT

JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 15th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE